UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JULIE ANN MAGNO,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-01134-SAB<br><br>ORDER RE STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT<br><br>(ECF No. 15) |

Julie Ann Magno ("Plaintiff") filed this action challenging the final decision of the Commissioner of Social Security's final decision denying her application for Social Security Benefits. On September 12, 2019 and December 10, 2019, the parties consented to the jurisdiction of the United States magistrate judge for all purposes. On May 28, 2020, a stipulation for voluntary remand was filed in this action.

Pursuant to the parties' stipulation remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1. This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation to remand;

2. All pending dates and matters are VACATED; and

///

3. Judgment is ENTERED in favor of Plaintiff Julie Ann Magno and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __May 28, 2020__

UNITED STATES MAGISTRATE JUDGE