# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MAGNO,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:19-cv-01134-SAB<br><br>ORDER RE STIPULATION AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(ECF No. 18) |

    On May 28, 2020, this matter was voluntarily remanded for further proceedings at the stipulation of the parties and judgment was entered in favor of Plaintiff Julie Magno. On June 19, 2020, the parties filed a stipulation for the award of attorney fees and costs.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees and expenses in the amount of eight thousand two hundred and ten dollars ($8,210.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of four hundred dollars ($400.00) under 28 U.S.C. § 1920 subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: __**June 19, 2020**__

                                                UNITED STATES MAGISTRATE JUDGE